**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and NEW JERSEY CARPENTERS FUNDS and the TRUSTEES THEREOF, | Hon. |
| | Civil Action No. 17- |
| Petitioners, | **CIVIL ACTION** |
| v. | **CERTIFICATE OF SERVICE** |
| LONGBOW ACOUSTICAL LLC, | |
| Respondent. | |

I hereby certify that a copy of the Civil Cover Sheet, Petition to Confirm Arbitration Award and Entry of Judgment, Notice of Motion to Confirm Arbitration Award, Statement that No Brief is Necessary, Proposed Form of Order, and Proposed Form of Judgment was sent via certified mail, return receipt requested, to Respondent at the following address:

Longbow Acoustical LLC
5 Cornell Parkway
Springfield, New Jersey 07081

By: _/s/ Ruth K. Torres_
Ruth K. Torres

Dated: December 20, 2017